IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| COREY T. PEOPLES, | : | |
| | : | Criminal Case No. |
| Petitioner, | : | **1:21-CR-13 (LAG)** |
| | : | |
| VS. | : | 28 U.S.C. § 2255 Case No. |
| | : | **1:23-CV-179 (LAG)** |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**ORDER**

Petitioner COREY T. PEOPLES has filed a Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255, although Petitioner has not filed his Motion using the standard § 2255 Motion to Vacate form. (Doc. 39).

In an effort to ensure that Petitioner is given an opportunity to adequately present his claims as required by Rule 2 of the Rules Governing Section 2255 Proceedings for the United States District Courts, Petitioner is **ORDERED** to file a complete Petition on this Court's standard form. Such § 2255 motion on the standard form shall supersede Petitioner's original § 2255 motion. (Doc. 39). This means that the Court will only consider the new § 2255 motion filed by Petitioner. The Court will not consider the motions or attachments previously filed by Petitioner. As such, Petitioner must include all claims on, and file any attachments with, the standard form.

Petitioner shall have **TWENTY-ONE (21)** days from the date of this Order to file the completed § 2255 Motion to Vacate form. The Clerk of Court is **DIRECTED** to forward the appropriate § 2255 Motion to Vacate form (with the action number written on it) to Petitioner

together with a copy of this Order.

**SO ORDERED**, this 15th day of November, 2023.

                                                              s/ ***THOMAS Q. LANGSTAFF***
                                                              UNITED STATES MAGISTRATE JUDGE