IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| COREY T. PEOPLES, | : | |
| | : | Criminal Case No. |
| Petitioner, | : | **1:21-CR-13 (LAG)** |
| | : | |
| VS. | : | 28 U.S.C. § 2255 Case No. |
| | : | **1:23-CV-179 (LAG)** |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**ORDER**

On October 16, 2023, Petitioner filed an initial Motion to Vacate, Set Aside, or Correct his sentence. (Doc. 39). Petitioner was ordered to recast his Motion to Vacate using the standard form. (Doc. 40). Petitioner has now complied with that Order and filed a Recast Motion to Vacate. (Doc. 42).

Petitioner's Recast Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255 is before this Court for preliminary consideration as required by Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts. After preliminary examination of Petitioner's Motion, it does not appear that the Motion is subject to summary dismissal under Rule 4.

WHEREFORE, the United States Attorney is hereby ordered to file an Answer or other responsive pleadings to Petitioner's Recast Motion to Vacate, (Doc. 42), pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings, addressing Petitioner's claims within sixty (60) days of the date of this Order.

Petitioner is advised that his failure to keep the Clerk of Court informed as to any change of

address may result in the dismissal of this action.

**SO ORDERED**, this 19th day of December, 2023.

s/ ***Thomas Q. Langstaff***
UNITED STATES MAGISTRATE JUDGE